JEAN BAPTISTE DERBES *v.* EVARISTE DÉCUIR.

The testimony of a single witness, unsupported by corroborating circumstances, is insufficient to prove a contract, not reduced to writing, to pay a sum of money where the amount exceeds five hundred dollars. C. C. 2257.

Where a party to an action is ordered to answer in 'open court, interrogatories propounded to him by the opposite party, and the latter fails to have a day fixed for answering them, they cannot, on the failure of the former to answer, be taken for confessed. C. P. 351.

APPEAL from the District Court of St. Martin, *Boyce, J.*

*T. H. Lewis* and *W. B. Lewis*, for the appellant.

*Voorhies*, for the defendant.

MARTIN, J. The plaintiff is appellant from a judgment which rejects his claim against the defendant, on an alleged assumption of the latter of one-half of a sum due to the plaintiff by the defendant's father-in-law.

The general issue was pleaded. The counsel of the plaintiff and appellant urges, that evidence of the defendant's promise is found in the deposition of Césaire Delahoussaye ; and results from his neglect to answer the interrogatory of the plaintiff in this respect.

As to the deposition of Delahoussaye, unsupported by corroborating circumstances, it is invalid, and affords no complete evidence, the demand being above the sum of five hundred dollars. The neglect to answer the interrogatory would have been sufficient, if the interrogatory had been required simply to be answered, but being required to be answered *in open court*, it was the duty of the plaintiff's counsel to call on the court to appoint a day for that purpose. This was not done. Code of Practice, art. 351. In 2 La. 73, we held, that "if a party be ruled to

answer interrogatories in open court, and his opponent does not move for, and fix a certain day on which to answer, they will not be taken as confessed, if the party interrogated fail to answer."

The proof of the defendant's promise was clearly incomplete.

*Judgment affirmed.*